UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDRA TORRES,

Plaintiff,

-v-

TRUSTEES OF ST. PATRICK'S CATHEDRAL *et al.*,

Defendants.

---

25 Civ. 1191 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the telephonic case management conference, previously scheduled for February 9, 2026, is hereby adjourned to **February 11, 2026 at 4 p.m.**

For avoidance of doubt, all other deadlines remain in effect.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 20, 2026
         New York, New York