UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA TORRES.,

Plaintiff,

-against-

TRUSTEES OF ST. PATRICK'S CATHEDRAL AND ARCHDIOCESE OF NEW YORK.,

Defendants.

25 CIVIL 01191 (PAE)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated October 29, 2026, the Court grants defendants' motion for summary judgment in full and dismisses all claims in the AC, with prejudice. Accordingly, this case is terminated.

**Dated:** New York, New York
November 16, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**